# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **MISSED CALL, LLC,** | |
| Plaintiff, | Civil Action No.: 1:22-cv-00739-CFC |
| v. | |
| **FRESHWORKS, INC.,** | **TRIAL BY JURY DEMANDED** |
| Defendant. | |

## MOTION AND ORDER FOR WITHDRAWAL
## OF JIMMY CHONG, ESQ AS COUNSEL FOR PLAINTIFF

Pursuant to Local Rule 83.7, Plaintiff Missed Call, LLC, by and through its undersigned counsel, respectfully request to the withdrawal of counsel of Jimmy Chong, Esq, from the Chong Law Firm, P.A. for Plaintiff Missed Call, LLC in the above-captioned matters. The Plaintiff will continue to be represented by out-of-state counsel, William P. Ramey, III, Esquire, from the Ramey LLP and out-of-state counsel's firm is presently seeking new Delaware Local Counsel. Out of state counsel initially stated that multiple firms are able to act as local counsel; however, no firm has been presented as new Delaware Counsel to date. Good cause exists for the withdrawal as counsel, in that attorney is unable to effectively communicate with Client in a manner consistent with good attorney-client relations. Withdrawal can be

accomplished without material adverse effect on the interests of Plaintiff. There is no objection to the withdrawal by the Ramey LLP.

The Plaintiff has been forwarded a copy of this Motion

### CERTIFICATE OF COUNSEL

The undersigned counsel attempted to conferred with counsel for Defendants, however; no response was given as to whether or not there was an objection to the filing of this Motion.

Dated: August 25, 2022

Respectfully submitted,

CHONG LAW FIRM P.A.

*/s/ Jimmy Chong*
Jimmy Chong (#4839)
2961 Centerville Road, Suite 350
Wilmington, DE 19808
Telephone: (302) 999-9480
Facsimile: (302) 800-1999
Email: patent@chonglawfirm.com

ATTORNEY FOR PLAINTIFF

SO ORDERED this _____ day of August, 2022.

_____
UNITED STATES DISTRICT JUDGE