IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MISSED CALL, LLC, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) C.A. No. 22-cv-00739-CFC |
| FRESHWORKS, INC., | ) ) |
| Defendant. | ) ) |

**DEFENDANT FRESHWORKS, INC.'S RESPONSE TO THE MOTION
AND ORDER FOR WITHDRAWAL OF JIMMY CHONG, ESQ.
AS COUNSEL FOR PLAINTIFF**

Although Defendant Freshworks, Inc. ("Freshworks") does not oppose the eventual withdrawal of Jimmy Chong, Esquire as Delaware counsel for Plaintiff in this case, Freshworks respectfully requests that the Court defer allowing Attorney Chong to withdraw until new Delaware counsel has entered an appearance on behalf of Plaintiff.

Currently, Plaintiff is represented only by Attorney Chong as Delaware counsel and William P. Ramey III as out-of-state *pro hac vice* counsel. Therefore, if Attorney Chong is permitted to withdraw at this time, Plaintiff would not be represented by Delaware counsel in violation on Local Rule 83.5(e) and *pro hac vice* counsel Ramey would not be associated with Delaware counsel in violation of Local Rule 83.5(d). Freshworks is concerned that the premature withdrawal of Attorney Chong without substitute Delaware counsel would prejudice Freshworks

by stalling the progress of this case given that no one but Delaware counsel is permitted to file papers or attend proceedings before this Court. See L.R. 83.5(d). Freshworks' concerns about an indefinite delay appear to be well founded in light of Attorney Chong's representation in his motion that *pro hac vice* counsel Ramey initially stated that multiple firms would be able to act as Delaware counsel for Plaintiff, but no such firm has "presented as new Delaware Counsel to date."

In light of the foregoing, Freshworks respectfully requests that the Court defer allowing Attorney Chong to withdraw as Delaware counsel for Plaintiff until new Delaware counsel has entered an appearance on behalf of Plaintiff.

Dated: August 26, 2022

Respectfully submitted,

*/s/ John C. Phillips, Jr.*
John C. Phillips, Jr. (#110)
David A. Bilson (#4986)
PHILLIPS, MCLAUGHLIN & HALL, P.A.
1200 North Broom Street
Wilmington, Delaware 19806
(302) 655-4200
jcp@pmhdelaw.com
dab@pmhdelaw.com

*Attorneys for Defendant Freshworks, Inc.*