# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **MISSED CALL, LLC**<br>    Plaintiff,<br><br>v.<br><br>**FRESHWORKS INC.,**<br>    Defendant. | Civil Action No. 1:22-cv-00739-CFC<br><br><br>**JURY TRIAL DEMANDED** |

## STIPULATION TO RESET HEARING

Counsel for Plaintiff, Missed Call LLC, William P. Ramey, III is unable to attend the hearing for oral argument on attorney, Jimmy Chong's Motion to Withdraw. The hearing is currently set for Thursday, September 1, 2022 at 4:00PM. Mr. Ramey will be traveling from Houston, Texas to attend another hearing in the Western District of Texas, Waco Division set for September 2, 2022 at 10:00AM. Mr. Chong will be in attendance.

Dated: September 1, 2022

Together with:

RAMEY LLP

William P. Ramey, III (pro hac vice anticipated)
Texas Bar No. 24027643
5020 Montrose Blvd., Suite 800
Houston, Texas 77006
(713) 426-3923 (telephone)
(832) 900-4941 (fax)

Respectfully submitted,

CHONG LAW FIRM PA

*/s/ Jimmy Chong*
Jimmy Chong (#4839)
2961 Centerville Road, Suite 350
Wilmington, DE 19808
Telephone: (302) 999-9480
Facsimile: (302) 800-1999
Email: patent@chonglawfirm.com

*ATTORNEYS FOR PLAINTIFF*

wramey@rameyfirm.com                           *MISSED CALL LLC*

SO ORDERED THIS ___ day of September, 2022

                                               _____
                                               United States District Judge