### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **MISSED CALL, LLC,**<br><br>      Plaintiff,<br><br>v.<br><br>**FRESHWORKS, INC.**<br><br>      Defendant. | Civil Action No.: 1:22-cv-00739-CFC<br><br>**TRIAL BY JURY DEMANDED** |

### AMENDED CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, and this Court's April 18, 2022 Standing Order Regarding Disclosure Statements, Plaintiff Missed Call, LLC hereby submits its Amended Corporate Disclosure Statement. Plaintiff states that it is a Texas limited liability company. It is owned 100% by Pueblo Neuvo, LLC (Hernan Perec owns 100% of Pueblo Nuevo, LLC).

Dated: September 2, 2022

Together with:

Ramey LLP
William P. Ramey, III (pro hac vice)
Texas Bar No. 24027643
5020 Montrose Blvd., Suite 800
Houston, Texas 77006
Telephone: (713) 426-3923
Facsimile: (832) 900-4941
wramey@rameyfirm.com

Respectfully submitted,

CHONG LAW FIRM PA

*/s/ Jimmy Chong*
Jimmy Chong (#4839)
2961 Centerville Road, Suite 350
Wilmington, DE 19808
Telephone: (302) 999-9480
Facsimile: (302) 800-1999
Email: patent@chonglawfirm.com

ATTORNEYS FOR PLAINTIFF