# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **MISSED CALL, LLC,**<br><br>                Plaintiff,<br><br>v.<br><br>**FRESHWORKS, INC.**<br><br>                Defendant. | Civil Action No.: 1:22-cv-00739-CFC<br><br>**TRIAL BY JURY DEMANDED** |

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Now comes Plaintiff, Missed Call, LLC, by and through its counsel, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), and hereby voluntarily dismisses all of the claims asserted against Defendant Freshworks, Inc. in the within action Without Prejudice with each party bearing their own costs and fees. Freshworks, Inc. has not served an answer or a motion for summary judgment.

| | |
|---|---|
| Dated: September 7, 2022 | Respectfully submitted, |
| Together with: | CHONG LAW FIRM PA |
| Ramey LLP<br>William P. Ramey, III (pro hac vice)<br>Texas Bar No. 24027643<br>5020 Montrose Blvd., Suite 800<br>Houston, Texas 77006<br>Telephone: (713) 426-3923<br>Facsimile: (832) 900-4941<br>wramey@rameyfirm.com | */s/ Jimmy Chong*<br>Jimmy Chong (#4839)<br>2961 Centerville Road, Suite 350<br>Wilmington, DE 19808<br>Telephone: (302) 999-9480<br>Facsimile: (302) 800-1999<br>Email: patent@chonglawfirm.com<br><br>ATTORNEY FOR PLAINTIFF |

2

## **CERTIFICATE OF SERVICE**

I, Jimmy Chong, certify that on September 7, 2022 this document was electronically filed with the Clerk of the Court using the CM/ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

*/s/ Jimmy Chong*_____
Jimmy Chong (#4839)
