IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MISSED CALL, LLC<br><br>Plaintiff,<br><br>v.<br><br>FRESHWORKS, INC.<br><br>Defendant. | Civil Action No. 22-739-CFC |

### **MEMORANDUM ORDER**

Whereas the Court issued on Thursday, August 25, 2022, an order that stated: "The Court will hear oral argument on Plaintiff's Motion and Order for Withdrawal of Jimmy Chong, Esq. as Counsel for Plaintiff (D.I. 16) on September 1, 2022 at 4:00 p.m. in Courtroom 4B. Both Mr. Chong and Mr. Ramey are required to attend the hearing in person.";

Whereas Mr. Ramey is admitted *pro hac* in this case and is registered on CM/ECF;

Whereas, immediately upon the filing of the Court's August 25, 2022 order, CM/ECF sent notice of the order to Mr. Ramey at litigation@rameyfirm.com and his personal email address, wramey@rameyfirm.com;

Whereas at 1:25 p.m. on Monday, August 29, 2022, Judge Albright in the Western District of Texas scheduled an "in person" discovery hearing in *Traxcell Technologies, LLC v. Cellco Partnership*, Cause No. 6:20-cv-01175, for September 2, 2022;

Whereas Mr. Ramey is an attorney of record for the plaintiff in the *Traxcell* action before Judge Albright;

Whereas at 2:17 p.m. on Monday August 29, 2022, Mr. Ramey emailed Judge Albright's chambers from his wramey@rameyfirm.com email account;

Whereas Mr. Ramey did not inform Judge Albright's chambers that he was required to be in this Court on September 1, 2022 but instead asked in his August 29 email: "For clarity, and we apologize, is this hearing [scheduled for September 2, 2022] is [sic] live in the courtroom?";

Whereas Judge Albright's chambers stated in a reply email: "Yes, this will be an in-person hearing";

Whereas after 5:00 p.m. on August 31, 2022, an unidentified person from Mr. Ramey's firm called this Court's chambers "to let [the Court] know" that Mr. Ramey "won't be showing up tomorrow because he has another hearing in Texas";

Whereas at 12:16 p.m. on September 1, 2022, at the direction of Mr. Ramey, Mr. Chong filed with the Court a pleading titled "Stipulation to Reset Hearing" that states in relevant part:

2

> William P. Ramey, III is unable to attend the hearing for oral argument . . . . The hearing is currently set for Thursday, September 1, 2022 at 4:00 p.m. Mr. Ramey will be traveling from Houston, Texas to attend another hearing in the Western District of Texas, Waco Division set for September 2, 2022 at 10:00 a.m. Mr. Chong will be in attendance.

D.I. 18 at 1; and

Whereas Mr. Ramey did not appear in this Court on September 1, 2022;

NOW THEREFORE, at Wilmington on this Eighth day of September in 2022, it is HEREBY ORDERED that:

1. The Court will hold an evidentiary hearing and entertain oral argument at 9:30 a.m. on September 26, 2022 to determine whether Mr. Ramey should be held in contempt or otherwise sanctioned for his failure to comply with this Court's August 25, 2022 order.

2. Mr. Ramey shall appear at the hearing in person.

*[signature]*
CHIEF JUDGE