## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **MISSED CALL, LLC**<br><br>Plaintiff,<br><br>v.<br><br>**FRESHWORKS, INC.**<br><br>Defendant. | Civil Action No.: 1:22-cv-00739-CFC<br><br>**TRIAL BY JURY DEMANDED** |
| **MISSED CALL, LLC**<br><br>Plaintiff,<br><br>v.<br><br>**TALKDESK, INC.,**<br><br>Defendant. | Civil Action No.: 1:22-cv-00740-CFC |
| **MISSED CALL, LLC**<br><br>Plaintiff,<br><br>v.<br><br>**TWILIO, INC.,**<br><br>Defendant. | Civil Action No.: 1:22-cv-00742-CFC |

### DECLARATION OF HERNAN PEREZ

I, Hernan Perez, declare as follows:

1. I am the managing member and sole owner of Missed Call, LLC. I have personal knowledge of the facts set forth in this Declaration. I am competent to testify as to all

matters stated, and I am not under any legal disability that would in any way preclude me from testifying.

2. Plaintiff Missed Call LLC does receive non-recourse funding from Ramey LLP only.

The Chong Law Firm PA provides recourse funding. Plaintiff does not receive any further funding. Plaintiff hired the law firms Ramey LLP and Chong Law Firm PA on a contingency fee basis.

I declare under penalty of perjury that the foregoing is true and correct and that I have signed this declaration in Panama City, Republic of Panama on September 22, 2022.

_____
Hernan Perez
Managing Member, Missed Call, LLC

2