IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| MISSED CALL, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civ. No. 22-739-CFC |
| | ) | |
| FRESHWORKS, INC., | ) | |
| | ) | |
| Defendant. | ) | |
| MISSED CALL, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civ. No. 22-740-CFC |
| | ) | |
| TALKDESK, INC., | ) | |
| | ) | |
| Defendant. | ) | |
| MISSED CALL, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civ. No. 22-742-CFC |
| | ) | |
| TWILIO INC., | ) | |
| | ) | |
| Defendant. | ) | |

| | | |
|---|---|---|
| SAFE IP LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civ. No. 22-918-CFC |
| | ) | |
| COPYLEAKS, INC., | ) | |
| | ) | |
| Defendant. | ) | |

| | | |
|---|---|---|
| SAFE IP LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civ. No. 22-919-CFC |
| | ) | |
| GRAMMARLY, INC., | ) | |
| | ) | |
| Defendant. | ) | |

| | | |
|---|---|---|
| SAFE IP LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civ. No. 22-920-CFC |
| | ) | |
| PROCTORIO, INC., | ) | |
| | ) | |
| Defendant. | ) | |

## **MEMORANDUM ORDER**

Whereas the Court had ordered a hearing for October 24, 2022 and further ordered that Hernan Arturo Perez Torrijos attend the hearing;

2

Whereas counsel for Plaintiffs has informed the Court that Mr. Perez is currently in Panama and has not been able to obtain a visa that would enable him to arrive in the United States by October 24;

Whereas Plaintiffs on September 22, 2022 informed the Court for the first time that they receive nonrecourse funding from the law firm of Ramey LLP and recourse funding from the Chong Law Firm, PA;

Whereas Plaintiffs' September 22, 2022 admission that they received nonrecourse funding from Ramey LLP confirms that Plaintiffs violated the Court's Standing Order on Third-Party Litigation Funding Arrangements;

Whereas Plaintiffs requested clarification and guidance from the Court regarding any further documents or evidence that the Court would find helpful to review before or during the evidentiary hearing;

Now therefore, it is HEREBY ORDERED that:

1. The October 24, 2022 hearing is moved to November 30, 2022 at 10:00 a.m.

2. The following individuals shall attend the hearing in person: Jimmy Chong; William P. Ramey, III; Hernan Arturo Perez Torrijos; David Ghordanpoor, and Carlos Gorrichategui; and

3. Plaintiffs shall provide the Court on or before October 31, 2022 copies of any and all documents, including but not limited to contracts, term sheets, correspondence, emails, notes, and agreements, that set forth the terms of the funding Plaintiffs receive from Ramey LLP and the Chong Firm PA.

10.17.22
Date

_____
Chief Judge