# THE CHONG LAW FIRM, P.A.

Licensed in:   Delaware, New Jersey, Pennsylvania

---

October 28, 2022

**VIA ECF**
Hon. Colm F. Connolly
United States Chief District Judge
District of Delaware
J. Caleb Boggs Federal Building
844 North King Street
Unit 31
Room 4124
Wilmington, Delaware 19801-3555

      RE:  *Missed Call, LLC v. Freshworks, Inc.,* CA No. 1:22-cv-00739-CFC
            *Missed Call, LLC v. Talkdesk, Inc.,* CA No. 1:22-cv-00740-CFC
            *Missed Call, LLC v. Twilio, Inc.,* CA No. 1:22-cv-00742-CFC
            *Safe IP LLC v. Copyleaks, Inc.,* CA No. 1:22-cv-00918-CFC
            *Safe IP LLC v. Grammarly, Inc.,* CA No. 1:22-cv-00919-CFC
            *Safe IP LLC v. Proctorio, Inc.,* CA No. 1:22-cv-00920-CFC

---

Dear Judge Connolly:

      In response to your October 17, 2022 Order required documents that set forth the terms of the funding Plaintiffs receive from Ramey LLP and Chong Law Firm, PA. Attached are the redacted documents which set forth funding the Plaintiffs receive from Ramey LLP and Chong Law Firm, PA.

      Exhibit "A" - Redacted Fee Agreement Chong Law Firm, PA and Missed Call, LLC

      Exhibit "B" - Redacted Fee Agreement Chong Law Firm, PA and Safe IP, LLC

      Exhibit "C" – Redacted Ramey LLP and Safe IP, LLC

      Exhibit "D" – Redacted Ramey LLP and Missed Call, LLC

---

**WILMINGTON, DE**
**Delaware Mailing Address**
2961 Centerville Rd. Ste 350
Wilmington, DE 19808
T. 302-999-9480

**LANSDALE, PA**
**Pennsylvania Mailing Address**
100 W. Main St. Ste 420
Lansdale, PA  19446
T. 215-909-5204

**PHILADELPHIA, PA**
**No Mail**
1845 Walnut Street, Suite 1300
Philadelphia, PA  19103
T. 215-909-5204

FAX FOR ALL LOCATIONS: 302-800-1999

WWW.CHONGLAWFIRM.COM

Should you need anything further, please contact our office.

        Respectfully submitted,

        CHONG LAW FIRM PA

        */s/ Jimmy Chong*
        Jimmy Chong (#4839)
        2961 Centerville Road, Suite 350
        Wilmington, DE 19808
        Telephone: (302) 999-9480
        Facsimile: (302) 800-1999
        Email: patent@chonglawfirm.com