# EXHIBIT "A"

 # THE CHONG LAW FIRM, P.A.

Licensed in:   Delaware, New Jersey, Pennsylvania

---

May 16, 2022

Ramey LLP
on behalf of Plaintiff, Missed Call, LLC
5020 Montrose Blvd. Suite 800
Houston, TX 77006

RE:   Engagement Letter for Missed Call, LLC Cases – **Act as Local Counsel for Patent Infringement cases to be filed in US District Court of DE.**

Dear Client:

The Chong Law Firm (the "Firm") is pleased to be entering into a professional relationship with Ramey LLP on behalf of Plaintiff, Missed Call, LLC ("Client) to handle various litigation matters as local Delaware counsel. The purpose of this letter is to be sure we have a common understanding of how the relationship will work. The following paragraphs try to cover the key issues. If you have any concerns with, or questions about, the approach described, or if there are other issues you believe should be covered, please let us know right away.

It is our understanding that our attorney/client relationship will be with Client. This letter also gives us authority to begin work on future matters via your verbal or written instructions, without the need to execute a separate engagement letter for each matter. We reserve the right to determine if additional engagement letters are necessary on a case-by-case basis.

We will handle the litigation matters as local counsel. Those duties include filing necessary documents; however, out of state counsel will be responsible for drafting those documents. There will be a shared fee with out of state counsel and the fee is based on the below. The Firm will receive the greater of (a) ███████ for all matters filed by firm; or (b)████████ ████of the gross recovery, whichever is greater. Should there be no recovery, Client will pay all costs associated, however there will be no attorney's fee.

Additionally, $500.00 is required, for initial costs for filing and serving the complaint, prior to filing a complaint and costs above $500 are to paid by Client upon receipt.  **Any fee paid is REFUNDABLE if not earned.**

---

| WILMINGTON, DE | LANSDALE, PA | PHILADELPHIA, PA |
|---|---|---|
| **Delaware Mailing Address** | **Pennsylvania Mailing Address** | **No Mail** |
| 2961 Centerville Rd. Ste 350 | 100 W. Main St. Ste 420 | 1845 Walnut Street, Suite 1300 |
| Wilmington, DE 19808 | Lansdale, PA 19446 | Philadelphia, PA 19103 |
| T. 302-999-9480 | T. 215-909-5204 | T. 215-909-5204 |

FAX FOR ALL LOCATIONS: 302-800-1999

WWW.CHONGLAWFIRM.COM

To the extent an opposing party prevails in any motion, action, and/or is granted an award of costs and/or attorney's fee for any matter, Client will be responsible for paying such and award. In addition, Client agrees to release, indemnify and hold harmless the Firm from any liability or costs resulting from actions or inactions taken by other law firms representing Client that impacts the Firm's ability to comply with litigation obligations, including, but not limited to, timely receiving, reviewing and producing, as necessary, discovery materials to opposing parties. In other words, client will pay any and all costs, fees, legal bills and any and all other cost/fees or bills that the Firm may incur in connection with the lawsuit.

Client will be responsible for all fees, costs and expenses associated with these matters (such as copying costs, filing fees, court reporter services, travel expenses, bank fees etc.), and the Firm will be promptly reimbursed for those costs as they are incurred, regardless of the matters' outcomes. Out of pocket disbursements made by the Firm on client's behalf will be billed at actual cost. Copying and fax services are charged on a per page basis. Billing for some disbursements may be delayed several months because of delays in our own receipt of invoices. In the event that the Firm incurs or expects to incur a single disbursement, or a cumulative disbursement from a single vendor, on behalf of Client in excess of $500, Client may be required to provide the Firm with an advance to be applied against such disbursements during the course of the representation and to refresh the advance as request from time to time.

We typically send bills as they come in and expect to be reimbursed within thirty (30) days. If there are any special circumstances that require a different arrangement, please promptly contact us. As you receive our bills, please call if there are any questions. We desire not only to provide outstanding services but also to charge fair and appropriate amounts for those services. In the absence of a problem with a bill, or a special arrangement made in advance, we expect payment within a month. We reserve the right to charge interest in the event of delinquency.

Client agrees that, in the event the Firm concludes that it would not be ethical, practical, or legally justifiable to bring any claim or claims on Client's behalf, the Firm shall not be obligated to bring such claim(s) or institute or continue litigation on Client's behalf. Client may not bring or continue litigation unless represented by the Firm or unless the Firm's representation has been terminated.

The Firm has no obligation to continue any lawsuit unless, in its sole discretion, it determines that the lawsuit is reasonably likely to result in a final outcome that would justify the risk of litigation for the Client and the Firm. If the Client decides not to terminate a lawsuit on the advice of or in the manner proposed by the Firm, the Firm may, at its option, withdraw from representation and the Client hereby consents to such withdrawal and will promptly retain replacement counsel. **If out of state counsel withdraws from the case, Client will allow the Firm to withdraw along with out of state counsel. While the client's goals in the litigation will be pursued as directed, Firm reserves the right to exercise, in its professional judgment, as to the means of accomplishing those goals. Including but not limited to granting extensions, continuances or accommodations and other professional considerations.**

Client acknowledges that due to the contingent nature of this representation, Client's failure to cooperate fully in enforcement activities, mediation or settlement negotiations, or to provide assistance, information or documentation to the Firm, or Client's engaging in conduct that otherwise hinders the Firm's ability to represent the Client effectively, may be a reason for the Firm to withdraw from the representation. Client further understands that such withdrawal will not terminate the Contingency Fee obligations specified in this Agreement, and Client grants a lien on any outstanding claims, litigation or settlement for any reason to the extent of the Contingency Fee and the amount of any outstanding unpaid Attorneys' Fees and Expenses incurred by the Firm prior to such withdrawal.

In the event that Client terminates the Firm's representation without cause, Client will be responsible for paying the Firm 100% (one hundred percent) of the Firm's hourly charges which is ████ per hour. Client understands and agrees that the foregoing payment obligations in the event of termination or withdrawal are fair and reasonable in light of the contingent nature of the Firm's representation.

During our engagement, Client may have funds deposited into the Firm's trust account. If on the completion of our engagement Client has funds remaining in the Firm's trust account, they will be returned to Client. **Client and Firm agree to submit any disputes arising from this representation to binding arbitration before the Fee Dispute Committee of Delaware State Bar Association.**

If these terms are acceptable, please have an authorized representative sign the letter, return it to us, and retain a copy for your files.

Very truly yours,

Jimmy Chong, Esquire

Understood and agreed:

Name: William P. Ramey, III

Date:    May 16, 2022

# EXHIBIT "B"



# THE CHONG LAW FIRM, P.A.

Licensed in:   Delaware, New Jersey, Pennsylvania

June 29, 2022

Ramey LLP
on behalf of Plaintiff, Safe IP, LLC
5020 Montrose Blvd. Suite 800
Houston, TX 77006

RE:    Engagement Letter for Safe IP, LLC Cases – Act as Local Counsel for Patent
       Infringement cases to be filed in US District Court of DE.

Dear Client:

The Chong Law Firm (the "Firm") is pleased to be entering into a professional
relationship with Ramey LLP on behalf of Plaintiff, Safe IP, LLC ("Client) to handle various
litigation matters as local Delaware counsel. The purpose of this letter is to be sure we have a
common understanding of how the relationship will work. The following paragraphs try to cover
the key issues. If you have any concerns with, or questions about, the approach described, or if
there are other issues you believe should be covered, please let us know right away.

It is our understanding that our attorney/client relationship will be with Client. This letter
also gives us authority to begin work on future matters via your verbal or written instructions,
without the need to execute a separate engagement letter for each matter. We reserve the right to
determine if additional engagement letters are necessary on a case-by-case basis.

We will handle the litigation matters as local counsel. Those duties include filing
necessary documents; however, out of state counsel will be responsible for drafting those
documents. There will be a shared fee with out of state counsel and the fee is based on the below.
The Firm will receive the greater of (a) ▓▓▓▓ for all matters filed by firm; or (b) ▓▓ percent
▓▓▓ of the gross recovery, whichever is greater. Should there be no recovery, Client will pay all
costs associated, however there will be no attorney's fee.

Additionally, $500.00 is required, for initial costs for filing and serving the complaint, prior to
filing a complaint and costs above $500 are to paid by Client upon receipt.  **Any fee paid is
REFUNDABLE if not earned.**

**WILMINGTON, DE**
**Delaware Mailing Address**
2961 Centerville Rd. Ste 350
Wilmington, DE 19808
T. 302-999-9480

**LANSDALE, PA**
**Pennsylvania Mailing Address**
100 W. Main St. Ste 420
Lansdale, PA 19446
T. 215-909-5204

**PHILADELPHIA, PA**
**No Mail**
1845 Walnut Street, Suite 1300
Philadelphia, PA 19103
T. 215-909-5204

FAX FOR ALL LOCATIONS: 302-800-1999

WWW.CHONGLAWFIRM.COM

To the extent an opposing party prevails in any motion, action, and/or is granted an award of costs and/or attorney's fee for any matter, Client will be responsible for paying such and award. In addition, Client agrees to release, indemnify and hold harmless the Firm from any liability or costs resulting from actions or inactions taken by other law firms representing Client that impacts the Firm's ability to comply with litigation obligations, including, but not limited to, timely receiving, reviewing and producing, as necessary, discovery materials to opposing parties. In other words, client will pay any and all costs, fees, legal bills and any and all other cost/fees or bills that the Firm may incur in connection with the lawsuit.

Client will be responsible for all fees, costs and expenses associated with these matters (such as copying costs, filing fees, court reporter services, travel expenses, bank fees etc.), and the Firm will be promptly reimbursed for those costs as they are incurred, regardless of the matters' outcomes. Out of pocket disbursements made by the Firm on client's behalf will be billed at actual cost. Copying and fax services are charged on a per page basis. Billing for some disbursements may be delayed several months because of delays in our own receipt of invoices. In the event that the Firm incurs or expects to incur a single disbursement, or a cumulative disbursement from a single vendor, on behalf of Client in excess of $500, Client may be required to provide the Firm with an advance to be applied against such disbursements during the course of the representation and to refresh the advance as request from time to time.

We typically send bills as they come in and expect to be reimbursed within thirty (30) days. If there are any special circumstances that require a different arrangement, please promptly contact us. As you receive our bills, please call if there are any questions. We desire not only to provide outstanding services but also to charge fair and appropriate amounts for those services. In the absence of a problem with a bill, or a special arrangement made in advance, we expect payment within a month. We reserve the right to charge interest in the event of delinquency.

Client agrees that, in the event the Firm concludes that it would not be ethical, practical, or legally justifiable to bring any claim or claims on Client's behalf, the Firm shall not be obligated to bring such claim(s) or institute or continue litigation on Client's behalf. Client may not bring or continue litigation unless represented by the Firm or unless the Firm's representation has been terminated.

The Firm has no obligation to continue any lawsuit unless, in its sole discretion, it determines that the lawsuit is reasonably likely to result in a final outcome that would justify the risk of litigation for the Client and the Firm. If the Client decides not to terminate a lawsuit on the advice of or in the manner proposed by the Firm, the Firm may, at its option, withdraw from representation and the Client hereby consents to such withdrawal and will promptly retain replacement counsel. **If out of state counsel withdraws from the case, Client will allow the Firm to withdraw along with out of state counsel. While the client's goals in the litigation will be pursued as directed, Firm reserves the right to exercise, in its professional judgment, as to the means of accomplishing those goals. Including but not limited to granting extensions, continuances or accommodations and other professional considerations.**

Client acknowledges that due to the contingent nature of this representation, Client's failure to cooperate fully in enforcement activities, mediation or settlement negotiations, or to provide assistance, information or documentation to the Firm, or Client's engaging in conduct that otherwise hinders the Firm's ability to represent the Client effectively, may be a reason for the Firm to withdraw from the representation. Client further understands that such withdrawal will not terminate the Contingency Fee obligations specified in this Agreement, and Client grants a lien on any outstanding claims, litigation or settlement for any reason to the extent of the Contingency Fee and the amount of any outstanding unpaid Attorneys' Fees and Expenses incurred by the Firm prior to such withdrawal.

In the event that Client terminates the Firm's representation without cause, Client will be responsible for paying the Firm 100% (one hundred percent) of the Firm's hourly charges which is ████ per hour. Client understands and agrees that the foregoing payment obligations in the event of termination or withdrawal are fair and reasonable in light of the contingent nature of the Firm's representation.

During our engagement, Client may have funds deposited into the Firm's trust account. If on the completion of our engagement Client has funds remaining in the Firm's trust account, they will be returned to Client. **Client and Firm agree to submit any disputes arising from this representation to binding arbitration before the Fee Dispute Committee of Delaware State Bar Association.**

If these terms are acceptable, please have an authorized representative sign the letter, return it to us, and retain a copy for your files.

Very truly yours,

Jimmy Chong, Esquire

Understood and agreed:

_/s/ William P. Ramey, III_

Name: William P. Ramey, III

Date:    June 29, 2022

# EXHIBIT "C"

## ENGAGEMENT AGREEMENT

This is an agreement dated May 20, 2022 between the client ("Client") and its attorneys Ramey LLP (the "Firm").

1.      *Scope of engagement.* The Firm agrees to represent Client with respect to assertion and monetization of U.S. Patents No. US7503035 (the '035 patent); US7823127 (the '127 patent); US8255885 (the '885 patent); US8261237 (the '237 patent); US8495586 (the '586 patent); US9003366 (the '366 patent); US9043375 (the '375 patent); US9053296 (the '296 patent) related to Artificial Intelligence (AI) & Machine Learning (ML) (collectively referred to as the "Technology") (the "Portfolio"). Defending against petitions for *inter partes* review and, where reasonable appeal grounds exist, taking appeals from adverse judgments against the Portfolio, are within this scope of engagement.

2.      *Costs.* The Firm agrees to fund costs. Costs are any payment made to achieve Client's objective of monetizing the Portfolio. Costs include things like court filing fees, deposition costs, discovery expenses, expert fees and expenses, messenger service fees, large-volume printing and photocopying, postage, travel expenses, and process server fees.

Client will not be liable for any Cost in the first instance except any Cost associated with formation or maintenance of Client. That is, the Firm agrees to fund all Costs and seek reimbursement from proceeds of the litigation or enforcement of the Portfolio.

Costs shall be considered separate from recovery. In other words, any recovery arising from or relating to the Portfolio will be used first to reimburse the Firm for any costs incurred pursuant to achieving Client's objective of monetizing its Portfolio.

3.      *Compensation.* Client agrees that the Firm is entitled to either ▇% before filing suit or any post grant proceeding at the USPTO or ▇% after filing suit of any Net Proceeds.  If after the filing of a suit, a post grant proceeding is filed, or an appeal is filed, the Firm's Compensation is increased by ▇% for the first and an additional ▇% for any additional post grant proceedings or appeals.[1]  Net Proceeds are the sum remaining after reimbursing the Costs to the Firm from all money arising from or relating to the Portfolio, including any damage recovery or transaction in which the Portfolio is directly or indirectly involved.

4.      *Parties' mutual obligations.* The Firm will perform the legal services called for under this agreement, keep Client informed of progress and developments, and respond promptly to Client's inquiries and communications. Client agrees to be truthful and cooperative with the Firm, and keep the Firm informed of developments relating to the Portfolio.

---

[1] In no event shall the Compensation be more than 50%.

The Firm acknowledges its ethical obligations under state law, which include that the Firm may not settle any part of the actions brought on behalf of Client without Client's prior approval and authority. Stated differently, Client has the right to accept or reject any settlement. The Firm will notify Client promptly of the terms of any settlement offer received by the Firm.

5.     *Termination of services.*  Under this agreement, Client has the right to terminate the Firm's services for any reason upon written notice at any time. The Firm has limited rights under state law to terminate services: (i) upon Client's failure to cooperate in any reasonable request; or (ii) upon determination that continued representation violates the Rules of Professional Conduct.

Consistent with Client never being liable to reimburse the Firm for any Cost, as set forth in paragraph 2, if either party terminates this agreement for any reason, Client shall *not* be responsible to reimburse the Firm for any Cost except from Net Proceeds, however earned.

SAFE IP LLC
Manager

Ramey LLP

2

# EXHIBIT "D"

## ENGAGEMENT AGREEMENT

This is an agreement dated April 4, 2022 between the client ("Client") and its attorneys Ramey LLP (the "Firm").

1.      *Scope of engagement.* The Firm agrees to represent Client with respect to assertion and monetization of U.S. Patents No. US9531872B2 US (the '872 patent) related to missed telephone call (collectively referred to as the "Technology") (the "Portfolio"). Defending against petitions for *inter partes* review and, where reasonable appeal grounds exist, taking appeals from adverse judgments against the Portfolio, are within this scope of engagement.

2.      *Costs.* The Firm agrees to fund costs. Costs are any payment made to achieve Client's objective of monetizing the Portfolio. Costs include things like court filing fees, deposition costs, discovery expenses, expert fees and expenses, messenger service fees, large-volume printing and photocopying, postage, travel expenses, and process server fees.

Client will not be liable for any Cost in the first instance except any Cost associated with formation or maintenance of Client. That is, the Firm agrees to fund all Costs and seek reimbursement from proceeds of the litigation or enforcement of the Portfolio.

Costs shall be considered separate from recovery. In other words, any recovery arising from or relating to the Portfolio will be used first to reimburse the Firm for any costs incurred pursuant to achieving Client's objective of monetizing its Portfolio.

3.      *Compensation.* Client agrees that the Firm is entitled to either ▉% before filing suit or any post grant proceeding at the USPTO or ▉% after filing suit of any Net Proceeds. If after the filing of a suit, a post grant proceeding is filed, or an appeal is filed, the Firm's Compensation is increased by ▉% for the first and an additional ▉% for any additional post grant proceedings or appeals.[1]  Net Proceeds are the sum remaining after reimbursing the Costs to the Firm from all money arising from or relating to the Portfolio, including any damage recovery or transaction in which the Portfolio is directly or indirectly involved.

4.      *Parties' mutual obligations.* The Firm will perform the legal services called for under this agreement, keep Client informed of progress and developments, and respond promptly to Client's inquiries and communications. Client agrees to be truthful and cooperative with the Firm, and keep the Firm informed of developments relating to the Portfolio.

The Firm acknowledges its ethical obligations under state law, which include that the Firm may not settle any part of the actions brought on behalf of Client without Client's prior approval and authority. Stated differently, Client has the right to accept or reject any settlement. The Firm will notify Client promptly of the terms of any settlement offer received by the Firm.

---

[1] In no event shall the Compensation be more than 50%.

5.      *Termination of services.*  Under this agreement, Client has the right to terminate the Firm's services for any reason upon written notice at any time. The Firm has limited rights under state law to terminate services: (i) upon Client's failure to cooperate in any reasonable request; or (ii) upon determination that continued representation violates the Rules of Professional Conduct.

Consistent with Client never being liable to reimburse the Firm for any Cost, as set forth in paragraph 2, if either party terminates this agreement for any reason, Client shall *not* be responsible to reimburse the Firm for any Cost except from Net Proceeds, however earned.

_____
Missed Call LLC
Manager

_____
Ramey LLP

[intentionally left blank]

2