## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **MISSED CALL, LLC** | Civil Action No.: 1:22-cv-00739-CFC |
| Plaintiff, | |
| v. | **TRIAL BY JURY DEMANDED** |
| **FRESHWORKS, INC.** | |
| Defendant. | |
| **MISSED CALL, LLC** | Civil Action No.: 1:22-cv-00740-CFC |
| Plaintiff, | |
| v. | |
| **TALKDESK, INC.,** | |
| Defendant. | |
| **MISSED CALL, LLC** | Civil Action No.: 1:22-cv-00742-CFC |
| Plaintiff, | |
| v. | |
| **TWILIO, INC.,** | |
| Defendant. | |

## ORDER GRANTING STAY

This Court, having considered Plaintiff's Motion for Stay, ~~and having considered Defendant's response thereto:~~

IT IS HEREBY ORDERED THAT:

1. This case is stayed pending final disposition of the Nimitz Petition in *In*

7

*re Nimitz Technologies LLC*, Appeal No. 23-103 (Fed. Cir.); and

2. The Parties shall file with this Court a Status Report within ~~thirty (30)~~ *seven* days of the final disposition of the Nimitz Petition.

3. ~~Alternatively, any and all Orders and/or proceedings in the above-captioned cases, including staying the evidentiary hearing, are stayed until thirty (30) days after the Court provides information regarding the independent factual research by which time Plaintiff shall file any objection to the Court taking judicial notice of such information as a basis for entering its hearing Order.~~

SO ORDERED this 22nd day of November, 2022.

_____

UNITED STATES CHIEF DISTRICT JUDGE